People v Ebata (2021 NY Slip Op 51181(U))

[*1]

People v Ebata (Urbain)

2021 NY Slip Op 51181(U) [73 Misc 3d 140(A)]

Decided on December 15, 2021

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on December 15, 2021
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Edmead P.J., Hagler, Silvera, JJ.

570661/15

The People of the State of New York,
Respondent,
against
Urbain Ebata, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, Bronx
County (Julio Rodriguez, III, J.), rendered May 14, 2015, convicting him, upon his plea of guilty,
of harassment in the second degree, and imposing sentence.

Per Curiam.
Judgment of conviction (Julio Rodriguez, III, J.), rendered May 14, 2015, affirmed.
Application by appellant's counsel to withdraw as counsel is granted (see Anders v
California, 386 US 738 [1967]; People v Saunders, 52 AD2d 833 [1976]). We have
reviewed this record and agree with defendant's assigned counsel that there are no nonfrivolous
issues that could be raised on this appeal. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: December 15, 2021